# Court of Appeals
# of the State of Georgia

ATLANTA,____August 04, 2016_____

*The Court of Appeals hereby passes the following order:*

## A15A2372.  CURTIS LEE ROGERS v. THE STATE.

Curtis Lee Rogers has been charged with three counts of forgery.  Rogers filed a "Request for Production Order to Resolve Pending Charges, Accusations, or Detainers," which the trial court denied on April 22, 2015.  Rogers filed a notice of appeal from that order on June 10, 2015.  We lack jurisdiction.[1]

The order that Rogers seeks to appeal is not a final order. Accordingly, he was required to follow the interlocutory application procedures set forth in OCGA § 5-6-34 (b), which include obtaining a certificate of immediate review from the trial court, to obtain appellate review at this time.

Moreover, pretermitting whether a direct appeal was authorized from the order denying Rogers's motion, his notice of appeal is untimely.  A notice of appeal must be filed within 30 days of the entry of the order sought to be appealed.  OCGA § 5-6-38 (a). The proper and timely filing of the notice of appeal is an absolute requirement to confer appellate jurisdiction upon this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Here, Rogers's untimely notice of appeal was filed 49 days after entry of the order he seeks to appeal.

Based on the foregoing, we lack jurisdiction over this direct appeal, which is hereby DISMISSED.

---

[1] This case was transferred to the Supreme Court, along with related Case No. A16A2373. The Supreme Court dismissed the related case and transferred the instant matter back to this Court.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*_____08/04/2016_____
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*